**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Todd Dewayne WILSON, a.k.a. TT, Defendant–Appellant.**

**No. 09–13297**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 3, 2009.

Edwin F. Knight, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Todd Dewayne Wilson, Oakdale, LA, pro se.

Before CARNES, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Randolph P. Murrell and Chet Kaufman, appointed counsel for Todd Dewayne Wilson, have filed a motion to withdraw on appeal and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED,** and the district court's denial of § 3582(c)(2) relief is **AFFIRMED.**